IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYRSTAL WILLIAMS et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-5204 |
| | : | |
| USAA CASUALTY INSURANCE CO., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of January, upon consideration of Defendant's Motion to Dismiss, (Dkt No. 3), Plaintiffs' Response, (Dkt No. 6),[1] and Defendant's Reply, (Dkt No. 9), it is hereby ORDERED that said Motion is GRANTED IN PART AND DENIED IN PART:

1. The Motion is DENIED as to Count I;
2. The Motion is GRANTED as to Count III and claims under Count III are DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ C. Darnell Jones II

_____

C. Darnell Jones, II    J.

---

[1] Plaintiffs' response was submitted on November 5, 2014. Under Local Rule 7.1(c), the Response was due on October 28, 2014. In the interest of justice, the Court permits the extension of time. No other departures from local rules will be approved ex post facto.